IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHARLES ROBISON RAKESTRAW     PLAINTIFF

v.     CIVIL ACTION NO. 1:22-cv-00067-GHD-RP

CADENCE BANK; and EQUIFAX INFORMATION
SERVICES LLC     DEFENDANTS

## ORDER OF RECUSAL

The Court notes that Cadence Bank is a party to this action. This corporate entity appears on the Court's recusal list as a result of stock ownership.

Accordingly, pursuant to the applicable rules regarding conflicts of interest, the undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this, the 2nd day of May, 2022.

*[signature]*
SENIOR U.S. DISTRICT JUDGE