IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHARLES ROBISON RAKESTRAW                                                                  PLAINTIFF

v.                                                                   CIVIL ACTION NO. 1:22-cv-00067-SA-RP

CADENCE BANK and                                                                           DEFENDANTS
EQUIFAX INFORMATION SERVICES, LLC

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on May 2, 2022. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 2nd day of May, 2022.

                                                       /s/ Sharion Aycock
                                                  UNITED STATES DISTRICT JUDGE