# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| CHARLES ROBISON RAKESTRAW,<br><br>    Plaintiff,<br>v.<br><br>CADENCE BANK,<br><br>    Defendant. | Case No. 1:22-cv-00067-NBB-RP |

## NOTICE OF ACCEPTANCE OF FED. R. CIV. P. 68 OFFER OF JUDGMENT

NOTICE IS HERE BY GIVEN that Plaintiff, Charles Robison Rakestraw, pursuant to Fed. R. Civ. P. 68(a), hereby submits his notice of acceptance of Defendant Cadence Bank's ("Cadence Bank" or "Defendant") offer of judgment, served upon Plaintiff for all claims asserted herein against Defendant Cadence Bank ONLY in the amount of $7,000.00 for all damages associated with Plaintiff's claims for actual, statutory, and punitive damages and costs incurred by Plaintiff. Cadence Bank's offer further includes the payment of Plaintiff's reasonable attorneys' fees, as allowed by the Fair Credit Reporting Act. Attached hereto as Exhibit 1 is a copy of Defendant Cadence Bank's Offer of Judgment.

In accordance with Fed. R. Civ. P. 68(a), Plaintiff served his written notice acceptance of Defendant Cadence Bank's offer of judgment on August 26, 2022, at the electronic mail addresses listed below:

    Erin D. Saltaformaggio
    Stevie F. Rushing
    Barbara Teel
    Jermesha Spiller
    Melanee Randall
    BRADLEY ARANTBOULT CUMMINGS, LLP
    srushing@bradley.com

    esaltaformaggio@bradley.com
    bteel@bradley.com
    jspiller@bradley.com
    mrandall@bradley.com

    Plaintiff requests that the Clerk of Court enter the judgment as to Defendant Cadence Bank.

Respectfully submitted, this the 26th day of August 2022.

                          */s/ Brian K. Herrington*
                          Brian K. Herrington, MB# 10204
                          Chhabra Gibbs & Herrington PLLC
                          a Mass Tort & Class Action Firm
                          120 N Congress St. Suite 200
                          The Plaza Building
                          Jackson, MS 39201
                          T: (601) 948-8005
                          F: (601) 948-8010
                          E: bherrington@nationalclasslawyers.com

                          *Attorneys for Plaintiff*
                          *Charles Robison Rakestraw*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter and served a true copy via E-Mail to the following:

    Erin D. Saltaformaggio
    Stevie F. Rushing
    Barbara Teel
    Jermesha Spiller
    Melanee Randall
    BRADLEY ARANTBOULT CUMMINGS, LLP
    srushing@bradley.com
    esaltaformaggio@bradley.com
    bteel@bradley.com
    jspiller@bradley.com
    mrandall@bradley.com

*Counsel for Defendant*
*Cadence Bank*

Date: August 26, 2022                                          */s/ Susan Allsopp*