UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHARLES ROBISON RAKESTRAW                                   PLAINTIFF

versus                              CAUSE NO.         1:22-cv-67-NBB-RP

CADENCE BANK

## **JUDGMENT**

The Clerk of this Court, noting the filing of the Notice of Acceptance with Offer of Judgment [doc. #32], and pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, hereby enters judgment against the Defendant, Cadence Bank, in the amount of $ 7,000.

Entered this the 6th day of September, 2022.

                                                           DAVID CREWS, CLERK

                                       By:     s/ Jennifer L. Adams
                                                        Deputy Clerk